| | |
|---|---|
| Trustee Name, Address, Phone, Fax, Email:<br>Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | For court use only<br><br>FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 NOV 18 A 11: 10<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **05-02297** |
| In re:<br><br>**RICHARD CHEW WAH LEE**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 180.80 |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **008** | IMPACT FINANCIAL SERVICES, INC.<br>46-001 KAM HWY., #308<br>KANEOHE, HI 96744-3724 | $ 456.53 | $ 180.80 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: November 15, 2010

/s/ _____
Trustee

hib_3011    5.05